# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**MARCELL CULCLAGER**                                              **PLAINTIFF**

**V.**                        **CASE NO. 5:17-CV-238-JLH-BD**

**GREG BOLIN, et al.**                                            **DEFENDANTS**

## RECOMMENDED DISPOSITION

### I.    Procedures for Filing Objections

This Recommended Disposition ("Recommendation") has been sent to Judge J. Leon Holmes. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Holmes can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

### II.    Discussion

Plaintiff Marcell Culclager, formerly an inmate at the W.C. "Dub" Brassell Detention Center ("Detention Center"), filed this civil rights lawsuit on September 11, 2017. Mr. Culclager is no longer incarcerated at the Detention Center, as evidenced by mail returned to the Court on September 18, 2017, with a notation that Mr. Cuclclager is "not here." (#4) Mr. Cuclcager failed to inform the Court of his new address as required by the Court's local rules.

Mr. Culclager was ordered to provide the Court notice of his new address within 30 days of September 28, 2017. (#5) To date, he has failed to comply with the Court's September 28, 2017 Order, and the time for doing so has passed. The Court specifically cautioned Mr. Culclager that his claims could be dismissed if he failed to comply with the Court's Order.

### III. Conclusion

Mr. Culclager's claims should be DISMISSED, without prejudice, based on his failure to comply with the Court's September 28, 2017 Order and failure to prosecute this case.

DATED this 6th day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE