IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MARCELL CULCLAGER**                                                               **PLAINTIFF**

V.                 **CASE NO. 5:17-CV-238 JLH-BD**

**GREG BOLIN, et al.**                                                          **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Culclager's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's September 28, 2017 Order and his failure to prosecute this lawsuit. The Clerk is instructed to close this case.

IT IS SO ORDERED this 28th day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE